UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael J. O'Donnell,

Petitioner,

v.

ORDER
Civil No. 00-2770(MJD/JMM)

State of Minnesota,

Respondent.

---

The above-entitled matter comes before the Court upon the objections of the Petitioner to the Report and Recommendation of United States Magistrate Judge John Mason dated January 17, 2001.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated January 17, 2001.

IT IS HEREBY ORDERED that:

1. Petitioner's Application for Habeas Corpus [Docket No. 1] is summarily DENIED;

2. Petitioner's claims pertaining to the validity of his original guilty plea, conviction and sentence is dismissed with prejudice as time-barred;

3. Petitioner's claims pertaining to the constitutionality of his detention at the Minnesota Security Hospital is dismissed without prejudice for failure to exhaust state court remedies;

AUG 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Petitioner's self-styled Complaint [Docket No. 2] is dismissed:

5. Petitioner's Injunctive Relief Order Request [Docket No. 3] is denied.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: August 29, 2001

Michael J. Davis

Michael J. Davis
United States District Court