# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael J. O'Donnell

Plaintiff

v.

State of Minnesota

Defendants

Case No. Civil 00-2770 MJD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for habeas corpus is summarily denied. Petitioner's claims pertaining to the validity of his original guilty plea, conviction and sentence is dismissed with prejudice as time-barred. Petitioner's claims pertaining to the constitutionality of his detention at the Minnesota Secutiy Hospital is dismissed without prejudice for failure to exhaust state court remedies. Petitioner's self-styled complaint is dismissed. Petitioner's injunctive relief order request is denied.

DATE: August 29, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk